UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Harold Jean-Baptiste**

       **Plaintiff,**　　　　　　　　　　　　　　　　CASE: 22-CV-1499 (TM)

**V.**

**Booz Allen Hamilton**
    **Defendant**

_____

**MOTION: "For CM/ECF User Name and Password"**

1. At the outset, we note that jurisdiction is properly founded on 28 U.S.C. § 1343(3), 28 U.S. Code § 1349, 28 U.S. Code § 1346 for granting access Electronic Case Filling system. The Plaintiff "Harold Jean-Baptiste" has high speed internet service on a regular bases, and has the capacity to file documents and receive filings electronically on a regular basis. On August 22, 2021 the plaintiff "Harold Jean-Baptiste" has successfully completed all the content for the online tutorial. Plaintiff "Harold Jean-Baptiste" also has experience using Case Express File system and Pacer for Federal Courts in in DC. Please issue an order for access to the electronic case filling system.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 27, 2022 copy of the motion was filed by mail to defendants via certified mail.

Booz Allen Hamilton
8283 Greensboro Drive
Mclean VA 22102

Registered Agent:
    CT Corp System
    1015 15th Street NW
    Suite 1000
    Washington DC 20005

Respectfully Summited,

*Harold Jean-Baptiste*

_____

Harold Jean-Baptiste
253-37 148 Drive
Rosedale NY 11422

786-657-8158 Cell
hbaptiste@influctec.com