**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HAROLD JEAN-BAPTISTE** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No.: 1:22-cv-01499-TNM |
| v. | ) |
| | ) |
| **BOOZ ALLEN HAMILTON INC.** | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**
**FOR FAILURE TO STATE A CLAIM AND IMPROPER VENUE**

Pursuant to Federal Rules of Civil Procedure 12(b)(3) and 12(b)(6), Defendant Booz Allen Hamilton Inc. hereby moves to dismiss the Complaint ("Complaint") filed by Harold Jean-Baptiste ("Plaintiff"). Accordingly, Defendant respectfully refers the Court to the accompanying Memorandum of Points and Authorities in Support of Defendant's Motion to Dismiss Plaintiff's Complaint. A proposed order is also attached.

Dated: June 27, 2022                                  Respectfully submitted,

/s/ Barbara L. Johnson
Barbara L. Johnson (#480189)
POTTER & MURDOCK, P.C.
2200 Pennsylvania Ave., NW
4th Floor, East Tower
Washington, DC 20037
Tel:  (571) 356-9007
Fax: (703) 832-0211
Email: bjohnson@pottermurdock.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of June 2022, the foregoing document was filed with the Court's ECF system and mailed to the following via certified mail:

Harold Jean-Baptiste
253-37 148th Drive
Rosedale, NY 11422
hbaptiste@influctec.com
*Pro se Plaintiff*

                                                /s/ Barbara L. Johnson
                                                Barbara L. Johnson