IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HAROLD JEAN-BAPTISTE**   ) | |
| )   | |
| **Plaintiff,**   ) | |
| )   | |
| v.   ) | Civil No.: 1: 22-cv-01499-TNM |
| )   | |
| **BOOZ ALLEN HAMILTON INC.**   ) | |
| )   | |
| **Defendants.**   ) | |
| )   | |

## ORDER

Upon consideration of Booz Allen Hamilton Inc.'s Motion to Dismiss Harold Jean Baptiste's Amended Complaint with prejudice, and for good cause being shown, it is

ORDERED, that the Motion be, and the same hereby is,

[ ] GRANTED

[ ] NOT GRANTED

Alternatively, upon consideration of Booz Allen Hamilton Inc.'s Motion to Transfer Venue to the U.S. District Court of the Eastern District of Virginia, and for good cause being shown, it is

ORDERED, that the Motion be, and the same hereby is,

[ ] GRANTED

[ ] NOT GRANTED AS MOOT

[ ] NOT GRANTED ON OTHER GROUNDS

Dated this _____, day of _____, 2022

_____
District Judge